IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **ALAYNA JOHNSON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| **OMNI PROPERTY SERVICES** | : | |
| **MANAGEMENT, INC.** *et al.* | : | **No. 22-4539** |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 18th day of April, 2024, upon consideration of Defendants' Motion to Dismiss (Doc. No. 30), all responses and replies thereto, oral argument held on January 25, 2024, the evidentiary hearing held on February 27, 2024, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Motion (Doc. No. 30) is **GRANTED**.

2. Ms. Johnson's Title VII claims (Counts I, II, and III) are **DISMISSED WITH PREJUDICE.**

3. Under 28 U.S.C. § 1367(c), the Court declines to exercise supplemental jurisdiction over Ms. Johnson's remaining state claims (Counts IV, V, VI, VII, VIII, IX, and X).

4. Ms. Johnson's remaining state claims (Counts IV, V, VI, VII, VIII, IX, and X) are **DISMISSED WITHOUT PRJEUDICE**

5. The Court of Clerk is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

                              **BY THE COURT:**

                              **s/ Gene E.K. Pratter**
                              **GENE E.K. PRATTER**
                              **United States District Judge**